IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

    Petitioner,                    No. CIV S-03-1720 DFL DAD P

    vs.

L.R. BANKS, et al.,

    Respondents.                <u>ORDER</u>

_____/

        On September 28, 2004, judgment was entered dismissing petitioner's second amended petition for failure to exhaust state remedies. Petitioner appealed this judgment. On December 22, 2004, this court ordered that a certificate of appealability should not issue, and on April 19, 2005, the U.S. Court of Appeals for the Ninth Circuit also denied petitioner's request for a certificate of appealability. On January 5, 2005, petitioner filed a document styled, "Notice And Notice For Petition For Rehearing On Failure to Exhaust State Remedies," in which petitioner requests a rehearing on the denial of a certificate of appealability and argues that state remedies have been exhausted. The petition will be denied. Petitioner is informed that no further orders will issue in response to future filings in this case.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's January 5, 2005
2 petition for rehearing is denied.  No further orders will issue in response to future filings in this
3 case.
4 DATED: April 28, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
pric1720.158